**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 195 MAL 2019

Respondent

v.

ANTHONY MOYD, JR.,

Petitioner

  :    Petition for Allowance of Appeal from
  :    the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.